Julia M. G. Lawrence v. Keith W. Morris and Others. Julia M. G. Law-

rence v. Hilda C. E. Morris and Others.—Applications granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.